FILED

MAY 26 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREG LEE,<br><br>　　　　　Petitioner - Appellant,<br><br>　v.<br><br>MIKE EVANS,<br><br>　　　　　Respondent - Appellee. | No. 09-15375<br><br>D.C. No. 4:06-cv-06564-SBA<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: PREGERSON and CANBY, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions and requests are denied as moot.

dk/COA